Trial Court Case No: **CR46405**

**FLORES,,JOSE ERNESTO**
Appellant
V.
State of Texas

In the    **142ND DISTRICT COURT**

Of     **Midland County**

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/27/17 2:14:12 PM
SHERRY WILLIAMSON
Clerk

**ELEVENTH COURT OF APPEALS
CRIMINAL INFORMATION FORM**

1)     Presiding Judge:     **GEORGE D GILLES**

2)     Court Reporter:     **MELISSA CROOKS**

3)     Counsel for Appellant:     **MARK DETTMAN**

    Address:     **P O BOX 1499**

    **MIDLAND, TEXAS  79702**

4)     Counsel for State:     **Eric Kalenak**

5)     **500 North Loraine, Suite 200**

    **Midland TX 79702**

6)     Appellant's counsel is     **APPOINTED**

7)     Offense:     **BURGLARY OF HABITATION**

8)     Punishment:     **25 YEARS TDCJ**

9)     Date sentence imposed in open court: **JUNE 21, 2017**

10)     Trial Court Certification of Right of Appeal filed **YES**

11)     Date Notice of Appeal was filed: **JUNE 26, 2017**

12)     Date Motion for New Trial filed, if any: **JUNE 26, 2017**

13)     Appellant declared unable to pay costs on appeal: **YES**

14)     Companion Cases: **N/A**

BENNA CAIN, Deputy Clerk
June 27th, 2017
lorie_enriquez@co.midland.tx.us
**432-688-4500 EXT 1621**